175 A.3d 169

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. REHAN ZUBERI, DEFENDANT.

M–335 September Term 2017
079909

November 17, 2017

ORDER

It is ORDERED that the motion for leave to file an answering brief as within time is granted.

175 A.3d 169

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT.
v. PEDRO SOLER, DEFENDANT–PETITIONER.

C–345 September Term 2017
079069

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003745–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.